IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FREDA COULTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 06-0132-CG-B** |
| ) | |
| **J.C. PENNEY, INC.,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the memorandum opinion and order entered this date granting summary judgment in favor of the defendant, it is **ORDERED, ADJUDGED, and DECREED** that this action is **DISMISSED WITH PREJUDICE**.  Costs are taxed against the plaintiff.

**DONE and ORDERED** this 23rd day of April, 2007.

/s/  Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE